# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CR. A. NO. 04-30029-02** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **EMMA BAKER JACKSON** | **MAG. JUDGE KAREN L. HAYES** |

### MEMORANDUM ORDER

On March 5, 2008, Defendant Emma Baker Jackson ("Jackson"), acting *pro se*, filed a letter motion [Doc. No. 118] requesting appointment of counsel and for a reduction in her term of imprisonment pursuant to 18 U.S.C. § 3582(c)(2). On March 6, 2008, this Court issued a minute entry [Doc. No. 119], explaining that the Office of the Federal Public Defender had been appointed to represent all defendants in motions brought pursuant to § 3582(c)(2) on the basis of the amendment to Section 2D1.1 of the United States Sentencing Guidelines. The Court explained further that all cases falling under § 3582(c)(2) were to be considered in order of the current release date of each defendant, with the cases of those defendants who are closest to their release dates considered first.

On February 3, 2009, Betty Marak, Assistant Federal Public Defender, filed a Motion to Withdraw as Counsel of Record [Doc. No. 123]. In that motion, Ms. Marak explained that Jackson is currently serving a statutory minimum sentence of 60 months imprisonment and that her offense level was not calculated under the crack cocaine Guidelines, but under the Guidelines for marijuana. Therefore, Ms. Marak could find no meritorious issues to advance on Jackson's behalf and moved to withdraw.

On February 6, 2009, the Court granted Ms. Marak's motion [Doc. No. 124] and ordered that, if Jackson wished to do so, she could proceed *pro se* and file a supplement memorandum within thirty (30) days of the date of the Court's Order.

Jackson has not filed any further pleadings in this matter.

Having reviewed the record in this matter, including the Pre-Sentence Report, the Court finds that Jackson is serving a statutory minimum sentence of 60 months and that her base offense level was calculated under the Guidelines for marijuana offenses, not crack cocaine. Accordingly, Jackson is not entitled to a reduction in her term of imprisonment.

IT IS ORDERED that Jackson's motion [Doc. No. 118] for a reduction in her term of imprisonment is DENIED.

MONROE, LOUISIANA, this 16 day of _____ June _____, 2009.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE